THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

     Plaintiff(s),     Case No. 2:20-cv-951

 vs.

**Twenty-Two Thousand One Hundred
and 00/100 Dollars ($22,100.00)
in United States Currency, et al**.    Magistrate Judge Deavers

     Defendant(s).

## ENTRY OF DEFAULT

It appears that the Defendant/Claimant, Courtney Pettigrew, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against Defendant/Claimant, Courtney Pettigrew, on this 27th day of July, 2021.

            Richard W. Nagel, Clerk
            United States District Court
            Southern District of Ohio


            By: /s/ Jodi L. Keener
              Jodi L. Keener, Deputy Clerk